UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **YETI Coolers, LLC,**<br><br>   Plaintiff,<br><br>   v.<br><br>**Last Brand, Inc. d/b/a Quince,**<br><br>   Defendant. | Civil Action No. 1:22-cv-01224-RP<br><br>Judge Robert L. Pitman |

## STIPULATED DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, YETI Coolers, LLC ("YETI"), and Defendant, Last Brand, Inc. d/b/a Quince ("Quince"), by and through their respective counsel, hereby stipulate to the dismissal of this action with prejudice, including all claims, counterclaims, and defenses asserted therein. YETI and Quince shall bear their own costs and attorneys' fees.

YETI and Quince acknowledge that they have entered into a Settlement Agreement in resolution of this action. The Court shall retain jurisdiction over YETI and Quince for the purpose of enforcement of or the resolution of any dispute arising from their settlement or related to their Settlement Agreement.

Dated: February 28, 2023

So Stipulated:

2

By: /s/ Anthony J. Denis

Joseph J. Berghammer (admitted in the Western District of Texas)
Illinois Bar No. 6273690
jberghammer@bannerwitcoff.com
Michael L. Krashin (admitted in the Western District of Texas)
Illinois Bar No. 6286637
mkrashin@bannerwitcoff.com
Anthony J. Denis (admitted in the Western District of Texas)
Illinois Bar No. 6329599
adenis@bannerwitcoff.com
Banner & Witcoff, Ltd.
71 South Wacker Drive
Suite 3600
Chicago, IL 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

**ATTORNEYS FOR YETI COOLERS, LLC**

By: /s/ Zachary M. Briers

Zachary M. Briers (admitted *pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Fax: (213) 687-3702
zachary.briers@mto.com

**ATTORNEY FOR LAST BRAND, INC. D/B/A QUINCE**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2023, I caused the foregoing document to be electronically filed with the Clerk of the Court pursuant to the Electronic Filing Procedures and using the CM/ECF system, and that a true and correct electronic copy was thereby caused to be served on Defendant by and through its counsel of record.

/s/ Anthony J. Denis
FOR YETI COOLERS, LLC