IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

YETI COOLERS, LLC,                          §
                                            §
            Plaintiff,                      §
                                            §
v.                                          §                    1:22-CV-1224-RP
                                            §
LAST BRAND, INC.,                           §
                                            §
            Defendant.                      §

## ORDER

On February 28, 2023, the parties dismissed all claims in this case with prejudice by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 12). The parties ask that the court retain jurisdiction over them for the purpose of enforcing the settlement and adjudicating amu disputes related to the settlement. (*Id.* at 1). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). Accordingly, as nothing remains to resolve, **IT IS ORDERED** that this case is **CLOSED**.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction for the purpose of enforcement of or the resolution of any dispute arising from their settlement or related to their Settlement Agreement.

**IT IS FINALLY ORDERED** that each party bear their own fees.

**SIGNED** on March 7, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE